**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Darren BATES, a/k/a Tahoe,
Defendant—Appellant.**

No. 12–6704.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 16, 2012.

Decided: Aug. 21, 2012.

Darren Bates, Appellant Pro Se. James Chris Leventis, Jr., Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darren Bates appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bates,* No. 3:08–cr–00590–CMC–3 (D.S.C. Apr. 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*